IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01556-BNB

STEVEN L. OLDMAN,

    Applicant,

v.

ALBERTO GONZALES,
HARLEY LAPPIN, and
BLAKE DAVIES, FCI Englewood,

    Respondents.



UNITED STATES DISTRICT COURT
DENVER, COLORADO
FILED
SEP 11 2008
GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Steven L. Oldman is in the custody of the United States Bureau of Prisons and currently is incarcerated at FCI Englewood. Mr. Oldman initiated this action by submitting to the Court a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Magistrate Judge Boyd N. Boland entered an order on July 24, 2008, in which he directed the Clerk of the Court to commence a civil action and instructed Mr. Oldman to submit to the Court a certified copy of his inmate trust fund account statement. Mr. Oldman was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Mr. Oldman has failed to cure the deficiency within the time allowed. He also has failed to respond in any way to Magistrate Judge Boland's July 24, 2008, Order.

The action, therefore, will be dismissed for failure to cure the deficiency.

Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiency.

DATED at Denver, Colorado, this 11 day of Sept., 2008

BY THE COURT:

/s/ Zita Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01556-BNB

Steven L. Oldman
Reg. No. 03801-091
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/11/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk